Hillsborough, }
Feb. 1, 1916. }

BETTY A. SEAVER *v.* MANCHESTER STREET RAILWAY.

GEORGE H. SEAVER *v.* SAME.

CASE, for injuries caused by slipping upon icy steps of a car in which the plaintiff in the first action was a passenger. Trial by jury and verdicts for the plaintiffs. Transferred from the May term, 1915, of the superior court, by *Branch*, J., upon the defendant's exception to the denial of motions for verdicts to be directed.

*Charles A. Perkins* (by brief and orally), for the plaintiffs.

*Jones, Warren, Wilson & Manning* (*Mr. Manning* orally), for the defendant.

PEASLEE, J. The defendant claims that verdicts should have been directed because upon one construction of Mrs. Seaver's testimony it could have been found that the steps were "all right." But another and equally legitimate interpretation of her testimony leads to the conclusion that the steps were icy, slippery and dangerous.

*Exception overruled.*

All concurred.